LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV16-01565 BRO (SPx) | Date | September 7, 2016 |
|---|---|---|---|
| Title | Thomas E. Perez v. West Coast Drywall and Company, Inc. et al | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL** | |
|---|---|---|
| Anel Huerta | N/A | N/A |
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**        **(IN CHAMBERS)**

### ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

   ☐   Plaintiff(s) have failed to file a proof of service within 90 days of the filing of the Complaint.  Plaintiff(s) can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so. Fed. R. Civ. P. 4(m).

   ■   Defendant(s) **West Coast Drywall and Company Inc.** did not answer the complaint, yet Plaintiff(s) have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).  Plaintiff(s) may satisfy this order by seeking entry of default, by dismissing the complaint, or by filing a declaration regarding the status of the case.

   ☐   Plaintiff(s) obtained entry of default, pursuant to Fed. R. Civ. P. 55(a), but Plaintiff(s) have not sought default judgment, pursuant to Fed. R. Civ. P. 55(b). Plaintiff(s) can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter.

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV16-01565 BRI (SPx) | Date | September 7, 2016 |
|---|---|---|---|
| Title | Thomas E. Perez v. West Coast Drywall and Company, Inc. et al | | |

☐ The docket reflects that Plaintiff(s) are not actively pursuing this matter. Plaintiff(s) can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation.

Plaintiffs must respond to this order on or before September 19, 2016. **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.